IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON T. WIEGAND,** | : CIVIL ACTION NO. 1:23-CV-1653 |
| | : (Consolidated with 1:17-CV-979) |
| **Plaintiff** | : (Judge Neary) |
| v. | : |
| **DEPARTMENT OF THE ARMY,** | : |
| **Defendant** | : |

### ORDER

AND NOW, this 13th day of August, 2025, upon consideration of the motion (Doc. 15) to dismiss filed by defendant Department of the Army, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that defendant's motion (Doc. 15) to dismiss is GRANTED and the petition for review that was transferred to this court from the Court of Appeals for the Federal Circuit at original docket number 1:23-CV-1653 is DISMISSED with prejudice.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania