IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON T. WIEGAND,** : | CIVIL ACTION NO. 1:23-CV-909 |
| : | (Consolidated with 1:17-CV-979) |
| **Plaintiff** : | |
| : | (Judge Neary) |
| v. : | |
| : | |
| **DANIEL DRISCOLL, Secretary,** : | |
| **Department Of the Army,** : | |
| : | |
| **Defendant** : | |

### ORDER

AND NOW, this 19th day of August, 2025, upon consideration of the motion (Doc. 8) to dismiss or in the alternative, to transfer, filed by defendant Department Daniel Driscoll, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendant's motion (Doc. 8) is:

   a. DENIED to the extent is seeks dismissal for lack of jurisdiction for failure to file with Court of Appeals for the Federal Circuit; and

   b. GRANTED to the extent that this action shall be transferred to the Eastern District of Virginia.

2. The Clerk of Court is DIRECTED to transfer this case to the Eastern District of Virginia.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania