IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON T. WIEGAND,** | : CIVIL ACTION NO. 1:19-CV-108 |
| | : (Consolidated with 1:17-CV-979) |
| Plaintiff | : |
| | : (Judge Neary) |
| v. | : |
| | : |
| **DANIEL DRISCOLL**, Secretary, | : |
| Department of the Army, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 23rd day of September, 2025, upon consideration of the motion (Doc. 139) for summary judgment filed by defendant Daniel Driscoll, Secretary, Department of the Army ("the Army"), and the parties' respective briefs (Docs. 143, 174, 146) in support of and in opposition to the Army's motions, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The Army's motion (Doc. 139) for summary judgment is GRANTED.

2. Judgment shall be ENTERED in favor of the Army and against plaintiff Brandon T. Wiegand.

3. The Clerk of Court is DIRECTED to close this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania